**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CR. NO. 1:16-10036-STA |
| | ) | |
| BILLY SMOTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on October 13, 2017, Assistant United States Attorney, Taylor Eskridge , appearing for the Government and the defendant, Billy Smothers, appearing in person, and with counsel, Jennifer Free.

With leave of the Court, the defendant withdrew  the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 16, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 13th day of October, 2017.

s/ S. Thomas Anderson
 CHIEF JUDGE, U. S. DISTRICT COURT