IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION.

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Docket No. 16-10036-STA |
| | ) | |
| BILLY SMOTHERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION TO CONTINUE AND NOTICE OF RESETTING**

**THIS CAUSE** came on to be heard upon counsel for the Defendant's Motion to Continue. It appearing to the Court that said Motion is well taken, it is therefore **GRANTED**. The court date is reset until the 16th day of April, 2018, at 10:00 a.m.

**IT IS SO ORDERED** this 28th day of March, 2018.

    s/ S. Thomas Anderson
    S. THOMAS ANDERSON, CHIEF JUDGE
    UNITED STATES DISTRICT COURT